# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| WAYNE EVANS, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:20-cv-00538-CLM-SGC |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on November 18, 2021, recommending the court dismiss this 28 U.S.C. § 2241 action without prejudice for lack of jurisdiction. (Doc. 6). Although the magistrate judge advised the petitioner of his right to file specific written objections within 14 days, he has filed no objections.

Having carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. So the court will **DISMISS** the petition **WITHOUT PREJUDICE** for lack of jurisdiction.

The court will enter a separate order that closes this case.

**DONE** on December 15, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE